# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE GRAY,<br><br>      Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No.: 1:15-cv-00078- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 14) |

On October 20, 2015, the parties filed a stipulation for Defendant to file a response to Plaintiff's opening brief.  (Doc. 14)  The Scheduling Order permits a single thirty-day extension by the stipulation of parties.  (Doc. 5-1 at 4)  Because this is the first extension requested, an extension of thirty days is appropriate.  Accordingly, **IT IS HEREBY ORDERED**:

    1.    Defendant's request for an extension of time is **GRANTED**; and

    2.    Defendant **SHALL** file a response to Plaintiff's opening brief no later than **November 20, 2015**.

**IT IS SO ORDERED**.

Dated:   10/22/15

Jennifer L. Thurston,
United States Magistrate Judge