UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE GRAY,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 1:15-cv-00078 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ELAINE GRAY AND AGAINST DEFENDANT, CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY |

    Plaintiff Elaine Gray initiated this action seeking judicial review of the administrative decision denying his application for Social Security benefits.  On November 20, 2015, Plaintiff and Defendant Carolyn W. Colvin, Acting Commissioner Social Security, stipulated to a voluntary remand of Plaintiff's Social Security appeal for further administrative proceedings.  (Doc. 18)

    The parties seek remand pursuant to sentence four of 42 U.S.C. § 405(g) to have an administrative law judge "reassess the weight regarding the reaching limitations provided by the State agency physician, and determine what, if any, additional restrictions to the residual functional capacity these limitations impose."  (Doc. 18 at 1-2)  In addition, the ALJ should "reassess Plaintiff's credibility and "utilize the assistance of a vocational expert to assist in determining what, if any, effect the reaching limitations have upon the occupational base."  (*Id.* at 2.)

///

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED**:

1. The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Elaine Gray and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **November 23, 2015**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE